## WADE v. YEAGER, WARDEN.

No. 857, Misc.  Decided June 17, 1968.

*John G. Thevos* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.

MR. JUSTICE BLACK dissents.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).